# RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE'S DOCKET NO. 24-1794 |
| vs | DATE OF COMPLAINT 10/25/24 |
| | CRIMINAL DOCKET NO. |
| MOHAMAD HAMAD | DATE OF INDICTMENT |
| | ORIGINATING DISTRICT (if applicable) |
| DATE ARRESTED: 10/30/24 | |

## INITIAL APPEARANCE

| Presiding Magistrate Judge | ☐ BROWN ☐ KELLY ☐ PESTO | ☐ DODGE ☐ LANZILLO ☒ TAYLOR | Date: 10/30/24 Time: 4:15 PM | CD # Court Reporter: |
|---|---|---|---|---|

U. S. ATTORNEY: Carolyn Bloch    INTERPRETER: N/A

**1. RIGHTS EXPLAINED**

☐ Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available

☒ Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

**2. COMPLAINT/INDICTMENT/INFORMATION**

☒ Read    ☒ Summarized    ☐ Reading waived

☒ Defendant provided with a copy of the charges

☐ Defendant to be provided with a copy of the charges as soon as possible

**3. ACT & PENALTIES**

☒ Read    ☒ Summarized    ☐ Reading waived

**4. COUNSEL**

☒ Defendant requested appointment    ☐ Defendant waived appointment

☒ Defendant represented by: Andrew Lipson, AFPD & Yemi Olaiya, AFPD

Defendant expects to retain: _____

☒ Affidavit executed.

☐ Not Qualified    ☒ Qualified    ☐ With possible requirement for partial or full payment

☒ Federal Public Defender appointed

☐ CJA Panel Attorney _____ appointed

**5. BAIL**

Recommended Bond: _____

Bond Set at: $50,000 unsecured

☐ By Consent    ☒ Additional Conditions Imposed: And memorialized in the Order Setting Conditions of Release

☐ By Magistrate Judge

☐ Temporary Commitment issued    ☐ Final Commitment issued

Bond/Detention Hearing set for: _____

**6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**

Preliminary Exam/~~Rule 40/Arraignment~~ set for: 11/6/24 at 2PM before Magistrate Judge Kezia O. L. Taylor

WDPA Rev 06/24