AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                    Page 1 of ____4____ Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Mohamad Hamad | ) | Case No.   2:24-01794M |
|  | ) | |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)    The defendant must not violate federal, state, or local law while on release.

(2)    The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)    The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)    The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____

_Place_

_____

on _____

_Date and Time_

If blank, defendant will be notified of next appearance.

(5)    The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                    Page 2 of 4 Pages

===============================================================================

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ )  (6)  The defendant is placed in the custody of:
           Person or organization _____
           Address *(only if above is an organization)* _____
           City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

                        Signed: _____ _____
                                          *Custodian*                       *Date*

( ☑ )  (7)  The defendant must:
      ( ☑ )  (a)  submit to supervision by and report for supervision to the   U.S. Pretrial Services _____ ,
                 telephone number     (412) 395-6907   , no later than   _____ .
      ( ☐ )  (b)  continue or actively seek employment.
      ( ☐ )  (c)  continue or start an education program.
      ( ☑ )  (d)  surrender any passport to:    U.S. Pretrial Services
      ( ☑ )  (e)  not obtain a passport or other international travel document.
      ( ☑ )  (f)  abide by the following restrictions on personal association, residence, or travel:   Travel is restricted to the Western District of Pennsylvania

      ( ☑ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
                 including:   including any Jewish-owned and affiliated business entities, educational institutions, non-profit organizations, or any other person(s), businesses,
                 organizations, or educational institutions identified by the U.S. Probation and Pretrial Services Office.
      ( ☑ )  (h)  get medical or psychiatric treatment:   Obtain a mental health assessment and follow through with any recommendations.

      ( ☐ )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
                 or the following purposes: _____

      ( ☐ )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
                 necessary.
      ( ☑ )  (k)  not possess a firearm, destructive device, or other weapon. *and the firearm that is currently at the*
      ( ☑ )  (l)  not use alcohol ( ☐ ) at all ( ☑ ) excessively. *Residence be removed. Addt'ly, not possess ammunition.*
      ( ☑ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
                 medical practitioner.
      ( ☑ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with
                 random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of
                 prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy
                 of prohibited substance screening or testing.
      ( ☑ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
                 supervising officer.
      ( ☑ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
                 ( ☐ )  (i)  **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as
                         directed by the pretrial services office or supervising officer; or
                 ( ☑ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services;
                         medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other
                         activities approved in advance by the pretrial services office or supervising officer; or
                 ( ☐ )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                         court appearances or other activities specifically approved by the court; or
                 ( ☐ )  (iv)  **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However,
                       you must comply with the location or travel restrictions as imposed by the court.
                     **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                   Page <u>3</u> of <u>4</u> Pages

═══════════════════════════════════════════════════════════════════════════════════

## ADDITIONAL CONDITIONS OF RELEASE

(☑) (q)  submit to the following location monitoring technology and comply with its requirements as directed:
        (☐) (i)    Location monitoring technology as directed by the pretrial services or supervising officer; or
        (☐) (ii)   Voice Recognition; or
        (☐) (iii)  Radio Frequency; or
        (☑) (iv)   GPS.

(☑) (r)  pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

(☑) (s)  report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

(☑) (t)  Abide by the attached computer monitoring conditions.

(u)  You shall not possess, view, access, or otherwise use material that reflects extremist or terroristic views or is deemed to be inappropriate by the U.S. Probation and Pretrial Services Office.

(v) GPS monitoring with exclusion zones to include the Squirrel Hill neighborhood of Pittsburgh or any other area as determined by Pretrial Services unless approved in advance by Pretrial Services or the Court.

AO 199C  (Rev. 09/08) Advice of Penalties                                    Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

     Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

     While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

     It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

     If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

    (1)  an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2)  an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3)  any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4)  a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

     A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

     I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Pgh, PA
_____
*City and State*

10/30/24

### Directions to the United States Marshal

(  ) The defendant is ORDERED released after processing.

(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 10/30/24

_____
*Judicial Officer's Signature*

Kezia Taylor
_____
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

PAWP-PSX-Conditions
(Rev 9/2024)

## Computer Monitoring Conditions

1.      You are ordered to participate in cybercrime management and will inform your officer of all computer devices possessed or accessible to you. This includes: (a) desktop or laptop computers; (b) smartphones, smart watches, and tablets; (c) smart appliances/Internet of Things (IoT) devices, including hub or personal assistant devices; and (d) all network accessing devices, including internet-connectable gaming systems. You will not acquire or access any new or additional computer devices unless approved by your officer. You will also inform your officer of all your computer device, internet service provider (ISP), and social media user accounts (local and on-line services), both upon entering supervision and in the event that you create or receive additional user accounts. You are responsible for all computer monitoring and/or management costs for your approved computer devices.

2.      You are permitted use of standard computer device(s) (desktop/laptop computers, smart phones/tablets) with internet access and will permit the U.S. Probation/Pretrial Services Office (USPPSO) to configure, manage, and install monitoring software on all your approved standard computer devices. Your standard computer device(s) are limited to those that can be configured, managed, and monitored by the USPPSO. The configuration, management, and monitoring of your standard computer devices shall be specific to your Court-ordered conditions, risk and needs, and cybercrime management requirements. You are responsible for all computer monitoring and/or management costs for your approved computer devices.

3.      Non-standard computer devices possessed or accessible to you (such as smart TVs, refrigerators, game systems, and personal assistants) shall be assessed by the U.S. Probation/Pretrial Services Office (USPPSO) for risk and need of use. You must permit the United States Probation and Pretrial Services Office (USPPSO) to configure and/or manage approved non-standard devices for compliance with your Court ordered conditions and cybercrime management requirements. Non-standard computer devices that are not able to be configured and/or managed, or which are assessed as being of substantial risk to the successful completion of supervision, may be prohibited.

4.      You may access publicly accessible computer devices for legitimate transactional purposes (such as ATMs, kiosks, and point of sale terminals). With the awareness and approval of your officer, you may also use specialized computer devices outside your residence (i.e., employment agency, work search, and employers' computer devices) but only for their intended use.

5.      You may be limited to two standard computer devices (desktop/laptop computer, smart phones/tablets), unless otherwise approved by your officer.

6.      You are responsible for all computer monitoring and/or management costs for your approved computer devices.

PAWP-PSX-Conditions
(Rev 9/2024)

7.      You must allow the U.S. Probation/Pretrial Services Office to conduct initial and periodic unannounced searches of any computer devices or networked systems used or possessed by you. Initial searches of computer devices and networked systems will be conducted to determine if they contain or allow access to any materials or capabilities which would violate the Court's ordered conditions; or programs/applications, settings, configurations that would be problematic for monitoring software (if ordered) and Cybercrime Management Program requirements. Periodic unannounced searches of these devices and systems will be conducted to verify that the monitoring software is functional (if ordered), that required configurations are unaltered, and that no circumvention efforts have been made to alter the device's operation(s) or functionality.