### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 24-257 |
| | * | |
| MOHAMAD HAMAD, | * | |
| | * | |
| Defendant. | * | Hon. Christy Criswell Wiegand |
| | * | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

NOTICE is hereby given that Assistant Federal Public Defender Andrew Lipson is additional counsel for Mohamad Hamad in the above-captioned case.

Respectfully submitted:

/s/ *Andrew Lipson*
Andrew Lipson
Assistant Federal Public Defender
Federal Public Defender's Office
1001 Liberty Avenue, Suite 1500
Pittsburgh, PA 15222-3714
T: 412.644.6565
F: 412.644.4594
E: Andrew_Lipson@fd.org