IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-257 |
| MOHAMAD HAMAD | |

RECEIPT FOR SUPPLEMENTAL LOCAL CRIMINAL RULE 16 MATERIAL

The following materials are provided to you pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant. Specify:

    **N/A**

2. Grand Jury testimony of the defendant. Specify:

    **N/A**

3. Defendant's prior criminal record attached.

    ☐ Yes     ☒ No

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

    **The government is providing the herein referenced documents and records, discoverable under Rule 16, in electronic format. If the defendants and/or counsel for the defendants wish to view the originals (paper or electronic) of said documents, and any or all other records and documents related to this investigation, please contact AUSA Carolyn Bloch by email or telephone at (412) 894-7319 to assist in arranging such review.**

5. Reports of relevant physical or mental examinations and scientific tests. Specify:

    **None.**

6.  As set forth in applicable case authority, counsel for the government recognizes his/her obligation to seek all evidence favorable to the defendant which is known to the others acting on the government's behalf in this case, and will timely disclose known, material, favorable evidence in a manner which accords due process to the defendant. The following exculpatory material is being disclosed at this time:

    **None.**

7.  Other:

    **FBI Report dated 12/04/2024 re: James Malesky (044E-PG-3954796-0000092);**

    **FBI Laboratory Report dated 10/29/2024 (Lab No.: 2024-01796-8) for Items 1 and 3 (044E-PG-3954796-0000093);**

    **FBI Laboratory 1A Cover Page for Case Record 2024-01796-8;**

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

*/s/ Carolyn J. Bloch*
CAROLYN J. BLOCH
Assistant U.S. Attorney

December 20, 2024
Date

Receipt acknowledged by:

/s/ Yemi T. Olaiya
Counsel for Defendant

01/03/2025
Date

Original to Magistrate
Copy for Defendant and USA