**FILED**

APR 2 2 2025

CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-257 |
| MOHAMAD HAMAD<br>MICAIAH COLLINS | [UNDER SEAL] |

## MOTION FOR ARREST WARRANTS

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt and Carolyn J. Bloch, Assistant United States Attorneys for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that Arrest Warrants be issued for the apprehension of defendants MOHAMAD HAMAD and MICAIAH COLLINS, upon the grounds that a Superseding Indictment has been returned in the above-captioned criminal case charging the defendants with 18 U.S.C. §§ 371, 247(c), 244(d)(5), 1001(a)(2), 2, and 26 U.S.C. § 5861(d).

Recommended bond: HAMAD – Detention.

COLLINS - Bond.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By: *s/Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316

*s/Carolyn J. Bloch*
CAROLYN J. BLOCH
Assistant U.S. Attorney
PA ID No. 53430