## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## CLERK OF COURT

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                             Case No.: 2:24−cr−00257−CCW
                                                              Judge Christy Criswell Wiegand

TALYA A LUBIT, et al.

                            Defendant.

## NOTICE OF ARRAIGNMENT

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

    NOTICE OF ARRAIGNMENT as to *TALYA A LUBIT*. Arraignment set for 4/29/2025 at 09:30 AM in Courtroom 9A before Magistrate Judge Patricia L. Dodge. (sms)

                                  Joseph F. Weis, Jr. U. S. Courthouse
                                            700 Grant Street
                                            Pittsburgh, PA 15219

April 23, 2025

                                                         s/ Brandy S. Lonchena, Clerk
                                                        s/ Sarah Sewall, Deputy Clerk

NOTICE: YOU ARE HEREBY NOTIFIED THAT PRIOR AUTHORIZATION SHOULD BE OBTAINED FROM THE COURT FOR INVESTIGATIVE, EXPERT OR OTHER SERVICES PURSUANT TO THE CRIMINAL JUSTICE ACT, 18 U.S.C. SECTION 3006(E)(2) AND AUTHORIZATION MUST BE OBTAINED IF THE SERVICES WILL EXCEED THE STATUTORY MAXIMUM.