Case 2:24-cr-00257-CCW Document 82-2 Filed 04/22/25 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

MOHAMAD HAMAD

Criminal No. 24-257

**[UNDER SEAL]**

ARRAIGNMENT PLEA

Defendant MOHAMAD HAMAD

being arraigned, pleads NOT GUILTY

in open Court this 23rd day of

April, 20 25

(Defendant's Signature)

(Attorney for Defendant)