Case 2:24-cr-00257-CCW Document 82-8 Filed 04/22/25 Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-257 |
| MICAIAH COLLINS | **[UNDER SEAL]** |

ARRAIGNMENT PLEA

Defendant MICAIAH COLLINS

being arraigned, pleads NOT GUILTY

in open Court this 23rd day of

April, 20 25

(Defendant's Signature)

(Attorney for Defendant)