# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
    Plaintiff )
)
vs. ) No. 2:24-cr-257
)
Mohamad Hamad )
    Defendant )

## HEARING MEMO

Before Magistrate Judge Patricia L Dodge

Nicole Vasquez-Schmitt — Appear for Plaintiff

Yemi Olaiya & Andrew Lipson — Appear for Defendant

Hearing begun 4/29/2025 at 1:30 pm      Hearing adjourned   no

Hearing concluded 4/29/2025 at 3:23 pm   Court Reporter  Missy Moore

Detention Hearing

Government witness: Benjamin Orriom, Probation Officer

Cross examination by Defense counsel

  exhibits I & A: Order Setting Conditions [17] off/adm.

  [30] Order from Preliminary Hearing  off/adm.

Government redirect of witness

Re-cross by Defense counsel

Government witness: FBI Agent Gregory Battaglia

  exhibit 1: Police Report 2022  off/adm.

  exhibit 2: Superseding Indictment  off/adm.

  exhibit 3: Video of shared content  off/adm.

exhibit 4: Video of shared content — off/adm.
exhibit 5: Screenshot from video — off/adm.
exhibit 6: Video of shared content — off/adm.
exhibit 7: 2024 Instagram messages — off/adm.
exhibit 8: Video of incident July 2024 — off/adm.
exhibit 9: Text messages — off/adm.
exhibit 10: Message sent · photo — off/adm.
exhibit 12-13: Posts regarding Grand Jury — off/adm.
exhibit 11: Screenshots from Instagram — off/adm.

Cross examination by Defense counsel
  exhibit M: Report from Instagram — off/adm.
  exhibit O: [6] Criminal Complaint — off/adm.
  exhibit G, J, K, L: — off/adm.

Government redirect of witness
Re-Cross examination by Defense counsel
The hearing will be continued until 5/1/2025 at 9:30 am.