# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

FID 11732902

v.

**WARRANT FOR ARREST**

**MOHAMAD HAMAD**

Case Number: 2:24−CR−00257−CCW *SEALED*

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   **MOHAMAD HAMAD,**

and bring him or her forthwith to the nearest U.S. Magistrate Judge to answer a(n)

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint

☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**CONSPIRACY TO COMMIT OFFENSE AGAINST THE UNITED STATES; DAMAGING AND DEFACING RELIGIOUS REAL PROPERTY; FALSE STATEMENT OR REPRESENTATION TO A DEPARTMENT OR AGENCY OF THE UNITED STATES; CONSPIRACY TO COMMIT OFFENSE AGAINST THE UNITED STATES; POSSESSION OF UNREGISTERED FIREARM (DESTRUCTIVE DEVICE)**

in violation of United States Title:Section(s)

18 U.S.C. 371; 18 U.S.C. 247(c), 247(d)(5), and 2; 18 U.S.C. 1001(a)(2); 18 U.S.C. 371; 26 U.S.C. 5861(d)

Sarah Sewall
Name of Issuing Officer

*Sarah Sewall*
Signature of Issuing Officer

Case Administration Supervisor
Title of Issuing Officer

04/22/2025       Pittsburgh
Date and Location

Bond to be set by U.S. Magistrate Judge.

**RECEIVED**
By A.G. US Marshals W-PA at 3:16 pm, Apr 22, 2025

**RETURN**

This warrant was received and executed with the arrest of the above−named defendant   _____

4/22/25
Date Received

Brian Collins - SPECIAL AGENT
Name and Title of Arresting Officer

4/23/25
Date of Arrest

[signature]   HSI
Signature of Arresting Officer