IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MOHAMAD HAMAD, <br><br> Defendant. | 2:24-cr-257-CCW-1 |

**MINUTE ENTRY**
**MAY 5, 2025 TELEPHONIC STATUS CONFERENCE**
Before Judge Christy Criswell Wiegand

Appearing for the United States:  Appearing for Defendant:
Nicole Vasquez-Schmitt AUSA       Andrew Lipson, AFPD

Conference Began:  10:01 a.m.     Adjourned to:    Not Applicable
Conference Ended:  10:07 a.m.     Stenographer:    Barbara Loch
                                  Law Clerk:       Mason Hattam
                                  Deputy Clerk:    Brian Wright

The Court held a telephonic status conference in the above-referenced case.

Defense counsel will file a 90-day extension to file pretrial motions. Once the motion for extension is filed, another conference will be scheduled.

cc (via ECF email notification):
All Counsel of Record