IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TALYA A. LUBIT,<br><br>Defendant. | 2:24-cr-257-CCW |

**MINUTE ENTRY**
**MAY 5, 2025 TELEPHONIC STATUS CONFERENCE**
Before Judge Christy Criswell Wiegand

Appearing for the United States:  Appearing for Defendant:
Carolyn Bloch, AUSA              David B. Chontos, Esq.

Conference Began:   11:02 a.m.      Adjourned to:     Not Applicable
Conference Ended:   11:10 a.m.      Stenographer:     Barbara Loch
                                    Law Clerk:        Mason Hattam
                                    Deputy Clerk:     Brian Wright

The Court held a telephonic status conference in the above-referenced case.

Defense counsel will file an extension to file pretrial motions. Once the motion for extension is filed, another conference will be scheduled.

cc (via ECF email notification):
All Counsel of Record