IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TALYA A LUBIT | 2:24-cr-00257-CCW-2 |

**MINUTE ENTRY**
**MAY 15, 2025 CHANGE OF PLEA HEARING**
Before Judge Christy Criswell Wiegand

| Appearing for the United States: | Appearing for Defendant: |
|---|---|
| Carolyn Bloch, AUSA | Jennifer H. Bouriat, Esq. |

| | | | |
|---|---|---|---|
| Hearing Began: | 11:32 AM | Adjourned to: | N/A |
| Hearing Ended: | 12:25 PM | Stenographer: | Barbara Loch |
| | | Law Clerk: | Mason Hattam |
| | | Deputy Clerk: | Brian Wright |

**SUMMARY OF PROCEEDINGS:**

The Court held a change of plea hearing in the above-referenced case. Plea agreement introduced; Defendant pled guilty to Counts 1 & 2 of the superseding indictment; Sentencing set. Defendant to remain on pretrial release pending sentencing.

cc (via ECF email notification):

All Counsel of Record