IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

TALYA A LUBIT

2:24-cr-00257-CCW-2

### CHANGE OF PLEA

AND NOW, this 15th day of May 2025, Defendant TALYA A LUBIT withdraws her plea of NOT GUILTY and pleads GUILTY to Counts 1 & 2 of the Superseding Indictment.

_____
(Defendant's Signature)

_____
(Signature of Counsel for Defendant)