IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMAD HAMAD,<br><br>Defendant. | 2:24-cr-257-CCW-1 |

**MINUTE ENTRY**
**JULY 29, 2025 TELEPHONIC STATUS CONFERENCE**
Before Judge Christy Criswell Wiegand

Appearing for the United States:
Nicole Vasquez-Schmitt AUSA

Appearing for Defendant:
Yemi Olaiya, AFPD & Andrew Lipson, AFPD

| | | | |
|---|---|---|---|
| Conference Began: | 9:07 a.m. | Adjourned to: | Not Applicable |
| Conference Ended: | 9:11 a.m. | Stenographer: | Deborah Betzler |
| | | Law Clerk: | Mason Hattam |
| | | Deputy Clerk: | Brian Wright |

The Court held a telephonic status conference in the above-referenced case.

Defense counsel will file a 90-day extension to file pretrial motions. Once the motion for extension is filed, another conference will be scheduled.

cc (via ECF email notification):
All Counsel of Record