IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 24-257 |
| TALYA A. LUBIT | |

**GOVERNMENT'S POSITION WITH RESPECT TO SENTENCING FACTORS**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said district, and represents as follows:

1. The undersigned counsel for the government has reviewed the final Presentence Investigation Report ("PSIR"), filed at Doc. No. 156 in the above-captioned case.

2. The government has no objections, additions, deletions, or corrections to the PSIR.

Respectfully submitted,

TROY RIVETTI
Acting United States Attorney

By: */s/ Carolyn J. Bloch*
CAROLYN J. BLOCH
Assistant United States Attorney
PA ID No. 53430