IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No.: 2:24-CR-00257 |
| TALYA A. LUBIT, | |
| Defendant. | |

**JOINT STATUS REPORT IN ADVANCE OF SENTENCING**

Talya Lubit, through her counsel, Jennifer H. Bouriat, along with Assistant United States Attorney Carolyn Bloch, file this Joint Status Report in advance of Ms. Lubit's sentencing.

1. The parties have conferred and agree that an evidentiary hearing is not necessary.

2. At this time, neither party intends to call witnesses at the sentencing hearing.

3. If necessary, Ms. Lubit may request that certain portions of her sentencing presentation that relate to sensitive and personal health and other information be held at a sealed sidebar, consistent with the Court's order permitting Ms. Lubit to file her sentencing documents under seal. The government does not object to this request.

Respectfully submitted:

/s/ Jennifer H. Bouriat
JENNIFER H. BOURIAT
Pa. I.D. No.: 323812
jb@jenniferbouriatlaw.com

Jennifer Bouriat Law
1575 McFarland Rd.

Suite 201
Pittsburgh, PA 15216
412.526.4385

Date:  August 25, 2025