**PLACEHOLDER**

Exhibit A to the Government's Sentencing Memorandum, which is a PowerPoint file entitled:

**EXHIBIT A – Sentencing Memo.pptx**

The file consists of three slides containing excerpts of Signal messages from Lubit to Hamad and will be provided on a compact disc to the Court and defense counsel.