**PLACEHOLDER**

Exhibit B to the Government's Sentencing Memorandum, which is a PowerPoint file entitled:

**EXHIBIT B – Sentencing Memo.pptx**

The file consists of 13 slides containing excerpts of Instagram messages and posts made by Lubit, including embedded videos on slides 3 and 5. The file will be provided on a compact disc to the Court and defense counsel.