IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

TALYA A LUBIT

2:24-cr-00257-CCW-2

**MINUTE ENTRY**
**SEPTEMBER 10, 2025 SENTENCING HEARING**
Before Judge Christy Criswell Wiegand

Appearing for the United States:

Carolyn J. Bloch, AUSA

Appearing for U.S. Probation Office:

John Sims, P.O.

Appearing for Defendant:

Jennifer Bouriat, Esq.

| | | | |
|---|---|---|---|
| Hearing Began: | 10:04 AM | Adjourned to: | Not Applicable |
| | | Stenographer: | Sharon Siatkowski |
| Hearing Ended: | 11:45 AM | Law Clerk: | Mason Hattam |
| | | Deputy Clerk: | Brian Wright |

**SUMMARY OF PROCEEDINGS:**

The Court held a sentencing hearing in the above-referenced case. Defendant exercised her right of allocution. Jessica Brown Smith of the Jewish Federation of Greater Pittsburgh testified on behalf of the victim.

Sentence of 5 years' probation imposed at Count 1 & 2, to run concurrently; Payment of $50.00 special assessment due immediately. Restitution ordered. Judgment order to follow.

cc (via ECF email notification):

All Counsel of Record