IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *  Criminal No. 24-257 |
| | * |
| MOHAMAD HAMAD | * |

**UNOPPOSED MOTION TO EXTEND THE TIME FOR FILING PRETRIAL MOTIONS**

Mohamad Hamad respectfully files this Motion to Extend the Time for Filing Pretrial Motions, and in support, he states:

1. Mr. Hamad was arraigned on a superseding indictment on April 23, 2025. Pretrial motions are currently due on November 3, 2025.

2. Counsel requires additional time to review discovery, complete investigation, research applicable law, and consult with Mr. Hamad.

3. Accordingly, counsel for Mr. Hamad respectfully moves this Court for an extension of 90 days from November 3, 2025, to file pretrial motions. Such an extension would result in a new due date of February 2, 2026.

4. The government does not object to the extension sought herein.

WHEREFORE, Mr. Hamad respectfully requests that the deadline for filing pretrial motions be extended for 90 days from November 3, 2025, to February 2, 2026.

Respectfully submitted,

*/s/ Yemi T. Olaiya*
Yemi T. Olaiya
Assistant Federal Public Defender
PA I.D. 330344