IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 24-257 |
| | * | |
| MOHAMAD HAMAD | * | |
| | * | |
| | * | |

**MOTION TO WITHDRAW AS COUNSEL**

Counsel for Mohamad Hamad respectfully files this Motion to Withdraw as Counsel. In support, counsel provides the following:

1. On November 5, 2024, United States Magistrate Judge Kezia O. L. Taylor appointed the Federal Public Defender's Office to represent Mohamad Hamad.

2. On or about October 30, 2025, the Court received a handwritten letter from Mr. Hamad and instructed defense counsel to confer with their client and submit a filing with this Court as appropriate. *See* ECF 192.

3. Mr. Hamad and undersigned counsel agree that irreconcilable differences have arisen between them. Despite counsel's best efforts, effective representation of Mr. Hamad by the Federal Public Defender's Office is no longer possible.

4. Both undersigned counsel and Mr. Hamad believe that he will be better served by this Court's appointment of new counsel.

WHEREFORE, for these reasons, with the consent of Mr. Hamad, undersigned counsel and the Federal Public Defender's Office respectfully request that the Court grant them leave to withdraw as counsel for Mohamad Hamad.

        Respectfully submitted,

        */s/ Yemi T. Olaiya*
        Yemi T. Olaiya
        Assistant Federal Public Defender

        */s/ Andrew Lipson*
        Andrew Lipson
        Assistant Federal Public Defender