IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 24-257 |
| | * | |
| MOHAMAD HAMAD | * | |
| | * | |
| | * | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2025, having considered the Motion to Withdraw as Counsel filed by counsel for Mohamad Hamad, it is hereby ORDERED that the motion is **GRANTED**.

Assistant Federal Public Defenders Yemi T. Olaiya, Andrew Lipson, and the Federal Public Defender's Office are hereby WITHDRAWN as counsel of record for Mohamad Hamad in this case. The Court shall appoint replacement counsel by separate order.

_____
Hon. Christy Chriswell Wiegand
United States District Judge

cc: Counsel of Record