IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 24-257 |
| | ) |
| MOHAMAD HAMAD | ) |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO REVOKE THE MAGISTRATE JUDGE'S DETENTION ORDER AND REQUEST FOR NEW HEARING (DOC. NO. 189)**

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, Acting United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District, and respectfully submits this Motion for Extension of Time to File Government's Response to Defendant's Motion to Revoke the Magistrate Judge's Detention Order and Request for New Hearing (Doc. No. 189), for the reasons set forth below:

1. On October 20, 2025, defense counsel filed a Motion to Revoke the Magistrate Judge's Detention Order and Request for New Hearing (Doc. No. 189).

2. By Order of Court dated October 22, 2025, the government's response is due on or before November 5, 2025.

3. On November 4, 2025, defense counsel filed a Motion to Withdraw as Attorney.

4. The government requests an extension of time to respond to Doc. No. 189 until after the issue of who will represent the defendant is addressed by the Court. If new counsel is appointed, that counsel should be given the chance to adopt or withdraw the motion.

WHEREFORE, the government respectfully requests that this Honorable Court grant an extension for the government to file its response to defendant's Motion to Revoke the Magistrate Judge's Detention Order and Request for New Hearing (Doc. No. 189) until further Order of Court.

        Respectfully submitted,

        TROY RIVETTI
        Acting United States Attorney


        By: /s/ *Nicole Vasquez Schmitt*
        Nicole Vasquez Schmitt
        Assistant U.S. Attorney
        PA ID 320316