IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>MOHAMAD HAMAD,<br><br>        Defendant. | 2:24-cr-257-CCW-1 |

**MINUTE ENTRY**
**NOVEMBER 13, 2025 Motion Hearing**
Before Judge Christy Criswell Wiegand

Appearing for the United States:
Nicole Vasquez-Schmitt AUSA

Appearing for Defendant:
Yemi Olaiya, AFPD & Andrew Lipson, AFPD

| | | | |
|---|---|---|---|
| Hearing Began: | 1:04 p.m. | Adjourned to: | Not Applicable |
| Hearing Ended: | 1:17 p.m. | Stenographer: | Sharon Siatkowski |
| | | Law Clerk: | Jack Shelly |
| | | Deputy Clerk: | Brian Wright |

The Court held a hearing to address the Federal Public Defender's Office's Motion to Withdraw as Counsel. An appropriate order will follow.

cc (via ECF email notification):
All Counsel of Record