IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Case No. 2:24-cr-257 |
| | ) Honorable Christy Criswell Wiegand |
| MOHAMAD HAMAD, | ) |
| Defendant. | ) |

## MOTION TO WITHDRAW WITHOUT PREJUDICE MOTION TO REVOKE ORDER OF DETENTION

AND NOW, comes the Defendant, Mohamad Hamad, by and through his undersigned counsel, Jonathan A. Orie, Esquire of the law firm ORIE & ZIVIC, and files the following Motion to Withdraw Without Prejudice Motion to Revoke Order of Detention, stating as follows:

On or about April 22, 2025, a grand jury returned a Superseding Indictment [ECF No. 82] against Defendant Mohamad Hamad (hereinafter "Mr. Hamad"). On April 23, 2025, Magistrate Judge Kezia O.L. Taylor arraigned Mr. Hamad on the Superseding Indictment [ECF No. 94]; Mr. Hamad pleaded not guilty [ECF No. 95]. On the same day, the government requested Mr. Hamad be detained pending trial [ECF No. 90] and, later after a detention hearing, Magistrate Judge Patricia Dodge ordered Mr. Hamad detained [ECF No. 114]. On October 20, 2025, Mr. Hamad filed a Motion to Revoke the Magistrate Judge's Order of Detention [ECF No. 189].

On November 13, 2025, the Court granted Mr. Hamad's prior counsel leave to withdraw [ECF No. 205] and appointed undersigned counsel [ECF No. 204]. Mr. Hamad desires to withdraw his Motion to Revoke Order of Detention without prejudice to refile a similar motion in the future. Mr. Hamad wants to confer with undersigned counsel before proceeding with Court review of Magistrate Judge Dodge's detention order.

WHEREFORE, the Defendant, Mohamad Hamad, respectfully requests this

Honorable Court grant him leave to withdraw his pending Motion to Revoke Order of Detention without prejudice

                                              Respectfully submitted,

                                              ORIE & ZIVIC

By: _____
Jonathan A. Orie, Esquire
PA ID No. 207078
1901 Law & Finance Building
429 Fourth Avenue
Pittsburgh, PA 15219

Counsel for the Defendant:
Mohamad Hamad

2