IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Case No. 2:24-cr-257 |
| vs. | ) |
| | ) Honorable Christy Criswell Wiegand |
| MOHAMAD HAMAD, | ) |
| Defendant. | ) |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2025, upon consideration of Defendant Mohamad Hamad's Motion to Withdraw Without Prejudice Motion to Revoke Order of Detention, it is hereby ORDERED, ADJUDGED, and DECREED, that said Motion be, and hereby is, GRANTED. Defendant Mohamad Hamad's pending Motion to Revoke Order of Detention is hereby withdrawn without prejudice to Mr. Hamad to seek the same relief at a later date.

BY THE COURT:

_____, J.
Christy Criswell Wiegand
United States District Judge